W. F. SHIVERS v. STATE.

No. A-1354.   Opinion Filed February 3, 1912.

Appeal from Blaine County Court; George W. Ferguson, Judge.

W. F. Shivers was convicted of violating the prohibitory law, and appeals.   Affirmed.

E. T. Barbour, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaitiff in error was convicted in the county court of Blaine county, on a charge of having the unlawful possession of intoxicating liquor for the purpose of sale, and on the 11th day of May, 1911, was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. After a careful examination of the record we think the judgment of the trial court should be affirmed, and it is so ordered.